UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2008 OCT 24  PM 4: 14

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR4:08-253 |
| ) | |
| KUANTAY GERNELL REEDER ) | |
| AKA ROBERT REEDER ) | |

### ORDER

The Government having moved the court for leave to dismiss the Indictment without prejudice, in the above-styled case, pursuant to Rule 48(a), Fed. R. Crim. P., it is hereby

CONSIDERED, ADJUDGED, and DECREED that said motion is GRANTED and the Indictment is hereby dismissed, without prejudice.

So ORDERED, this 24 day of Oct, 2008.

HON. B AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA